UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PERRY W. FLETCHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO. 1:15-cv-01113-SEB-TAB |
| EMAS, INC., | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO SUBMIT SETTLEMENT AGREEMENT FOR *IN CAMERA* REVIEW**

The Court, having considered Defendant's Unopposed Motion to Submit Settlement Agreement for *in Camera* Review and being duly advised, finds that the Motion shall be GRANTED.

The parties shall submit their Confidential Settlement Agreement and General Release to Kelly Rota, Courtroom Deputy for Judge Sarah Evans Barker, by email for the Court's *in camera* review.

Dated: _____

_____
United States District Court
Southern District of Indiana

Copies to all counsel by CM/ECF.