UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERRY W. FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-cv-01113-SEB-TAB |
| | ) | |
| EMAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER APPROVING SETTLEMENT**

The Court, having reviewed the parties' Confidential Settlement Agreement and General Release and being duly advised, finds that the agreement is a fair and reasonable resolution of a bona fide dispute. The settlement agreement is therefore APPROVED. The parties further are granted leave to file a Stipulation of Dismissal consistent with the terms of their agreement.

Date: 3/7/2016

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to all counsel by CM/ECF.

Distribution: All ECF counsel of record