UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERRY W FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-01113-SEB-TAB |
| | ) | |
| EMAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge
Minute Entry for March 7, 2016

On this date, the Court conducted a telephonic conference on the parties' motion for approval of the settlement agreement [Dkt. 26]. Plaintiff appeared by counsel Andrew Dutkanych and Defendant appeared by counsel Craig Borowski. The hearing was reported by Laura Howie-Walters.

- The Court found the settlement to be fair, adequate and reasonable and approved the terms of the settlement agreement.
- Counsel indicated they will file a joint stipulated dismissal of the case.
- The hearing was concluded.

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system