UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PERRY W. FLETCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:15-cv-01113-SEB-TAB |
| | ) |
| EMAS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Perry W. Fletcher, and Defendant, EMAS, Inc., all parties to this action, by counsel, hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, <u>with prejudice</u>, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

/s/Andrew Dutkanych III
Andrew Dutkanych III
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana  47708
Telephone: (812) 424-1000
ad@bdlegal.com

Attorneys for the Plaintiff

/s/Craig M. Borowski
Craig M. Borowski
Sarah S. Caldwell Breslin
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Phone:  (317) 237-0300
Fax:  (317) 237-1000
craig.borowski@FaegreBD.com
sarah.breslin@FaegreBD.com

Attorneys for the Defendant