UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERRY W. FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-cv-01113-SEB-TAB |
| | ) | |
| EMAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING LAWSUIT WITH PREJUDICE

The Court, having considered the Joint Stipulation of Dismissal With Prejudice submitted

by all parties to this cause, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, the parties to

bear their own costs, including attorneys' fees.


Dated:      3/15/2016

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All counsel via CM/ECF